Richard Pu, Pro Se
120 E. 90th St., 10C
New York, NY  10128
(212) 427-3665 (o)
(212) 427-6057 (fax)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
In re:                                Chapter 11

FOOD MANAGEMENT GROUP, LLC,           Case No. 04-22880 (ASH)
KMA I, INC.,                          Case No. 04-22890 (ASH)
KMA II, INC.,                         Case No. 04-22891 (ASH)
KMA III, INC.,                        Case No. 04-22892 (ASH)
BRONX DONUT BAKERY, INC.,             Case No. 04-20312 (ASH)

            Debtors.                  (Jointly Administered)
-------------------------------------x

NOTICE OF APPEAL

    Richard Pu, Creditor Pro Se, hereby appeals under 28 U.S.C. § 158(a) and pursuant to Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure to the United States District Court for the Southern District of New York from the order of the above-captioned court, per the Hon. Adlai Hardin, dated July 31, 2008, which granted in part the Trustee's objection to Pu's claim.

    The names of the parties to the order appealed from, and the names, addresses and telephone numbers of their respective attorneys are as follows:

Plaintiff Richard Pu

Richard Pu, Creditor Pro Se
120 E. 90th St., 10C

```
New York, NY  10128
(212) 427-3665 (o)
(212) 427-6057 (fax)


Trustee Janice Grubin

Drinker Biddle & Reath LLP
140 Broadway, 39th Fl.
New York, NY  10005-1116
(212) 248-3140 (o)


Dated: New York, NY
       August 8, 2008                    /s/ Richard Pu
                                    Richard Pu (RP 2321)

                                    120 E. 90th St., 10C
                                    New York, NY 10018
                                    (212) 427-3665 (o)
                                    (212) 427-6057 (fax)
```

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                        Chapter 11

FOOD MANAGEMENT GROUP, LLC,                                   Case No. 04-22880 (ASH)
KMA I, Inc.,                                                  Case No. 04-22890 (ASH)
KMA II, Inc.,                                                 Case No. 04-22891 (ASH)
KMA III, Inc.,                                                Case No. 04-22892 (ASH)
BRONX DONUT BAKERY, INC.,                                     Case No. 04-20312 (ASH)

        Debtors.                                       (Jointly Administered)
---------------------------------------------------------x
JANICE B. GRUBIN, Chapter 11 Trustee for
FOOD MANAGEMENT GROUP, LLC,
KMA I, INC., KMA II, INC., KMA III, INC.,
and BRONX DONUT BAKERY, INC.,

        Plaintiff,

    v.                                                        Adversary No. 06-A-08470-ASH

RICHARD PU,

        Defendant.
---------------------------------------------------------x

**ORDER GRANTING IN PART AND DENYING IN PART
TRUSTEE'S OBJECTION TO PROOFS OF CLAIM FILED BY RICHARD PU**

For the reasons set forth in the Court's Decision Granting in Part and Denying in Part the Chapter 11 Trustee's Objection to the Claims of Richard Pu ("Pu"), dated July 16, 2008, it is hereby

**ORDERED** that Pu shall have an allowed general unsecured claim against the Debtors' estates in the total amount of $84,454.77.

Dated:  July 31, 2008
       White Plains, New York

                                                   __/s/ Adlai S. Hardin, Jr._____
                                                   HONORABLE ADLAI S. HARDIN, JR.,
                                                   UNITED STATES BANKRUPTCY JUDGE

NY01/ 7101757