Richard Pu, Pro Se
120 E. 90th St., 10C
New York, NY  10128
(212) 427-3665 (o)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re:                                Chapter 11

FOOD MANAGEMENT GROUP, LLC,           Case No. 04-22880 (ASH)
KMA I, INC.,                          Case No. 04-22890 (ASH)
KMA II, INC.,                         Case No. 04-22891 (ASH)
KMA III, INC.,                        Case No. 04-22892 (ASH)
BRONX DONUT BAKERY, INC.,             Case No. 04-20312 (ASH)

            Debtors.                  (Jointly Administered)
------------------------------------x


PU'S DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD

Appellant Pro Se Richard Pu ("Pu"), pursuant to Bankruptcy Rule 8006, designates the following items to be included in the record:

1. 7/31/08 Order;

2. 7/16/08 Decision;

3. 4/16/08 Transcript;

4. 4/17/08 Transcript;

5. All Trustee's exhibits

6. All Pu's Exhibits.

7. 2008.0424D'AttomoHardin

8. 2008.0426PuHardin

9. 2008.0501PuHardin

```
10. 2008.0505D'AttomoHardin

11. 2008.0506PuHardin

12. 2008.0515Tr

13. 2008.0520PuHardin

14. 2008.0609PuHardin

15. 2008.0610D'AttomoHardin

16. 2008.0610PuHardin

17. 2008.0625OrderWithdrawal
```

Issues

1. Whether the Bankruptcy Court erred in denying Pu secured status, where the trustee:

    a. was time-barred from commencing an adversary proceeding challenging that status; and

    b. had withdrawn her § 502(d) challenge.

2. Whether the Bankruptcy Court erred in allowing roughly only $84,000 of Pu's $489,000 claim, and in particular:

    a. Whether Pu had an enforceable agreement with FMG for the representation of FMG's affiliates;

    b. Whether the law requires a complete forfeiture of fees by an attorney who has engaged in a violation of the disciplinary rules;

    c. Whether there was clear and convincing evidence of fraud by Pu in the Questech litigation in the state courts;

```
Dated: New York, NY
       August 18, 2008                    _____
                                                Richard Pu

                                          120 E. 90$^{th}$ St., 10C
                                          New York, NY 10018
                                          (212) 427-3665 (o)
                                          (212) 427-6057 (fax)
```